UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

William Flynn,                                            CIVIL NO. 11-1549 (SRN/TNL)

        Petitioner,

v.                                                             <u>ORDER</u>

Wendy J. Roal, Warden,

        Respondent.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated December 6, 2011.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. As this Court has determined that this action must be summarily dismissed for lack of jurisdiction, Petitioner's Motions "For Extension Of Time," (Docket Nos. 2 and 7), are **DENIED** as moot;

2. Petitioner's "Motion For Leave to File Instanter Enlarged brief in Support of Habeas Corpus Petition Pursuant to 28 USC 2241," (Docket No. 4), is **DENIED** as moot; and

3. Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241, (Docket No. 1), is summarily DISMISSED for lack of jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 4, 2012

                                                     <u>s/Susan Richard Nelson</u>
                                                     SUSAN RICHARD NELSON
                                                     United States District Judge